IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL CASE NO. 1:10cr04

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| HARLAN KEITH HAMBY. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss. [Doc. 10].

For the reasons stated in the Government's Motion, and for cause shown, the Government's Motion to Dismiss [Doc. 10] is **GRANTED**, and the Bill of Indictment in the above-captioned case is hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to certify copies of this Order to the United States Probation Office and the United States Attorney's Office.

**IT IS SO ORDERED**.

Signed: April 28, 2010

Martin Reidinger
United States District Judge